IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| YOAV SEGEV,<br><br>        Plaintiff,<br><br>v.<br><br>PRESIDENT AND FELLOWS OF HARVARD COLLEGE; MEREDITH WEENICK; VICTOR A. CLAY; and HARVARD UNIVERSITY POLICE DEPARTMENT,<br><br>        Defendants. | Case No. 1:25-cv-12020-RGS<br><br>Oral Argument Requested |

**DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT**

Defendants President and Fellows of Harvard College, Meredith Weenick, Victor A. Clay, and Harvard University Police Department hereby move to dismiss this action in its entirety pursuant to Federal Rule of Civil Procedure 12(b)(6) for failure to state a claim. The grounds for this motion, which are explained in detail in the accompanying Memorandum of Law, include the following:

1.    The Court should dismiss Mr. Segev's Title VI claim under Rule 12(b)(6) because he does not plausibly allege that he experienced direct discrimination or a hostile educational environment while at Harvard, nor does he plausibly allege that Harvard acted with deliberate indifference.

2.    The Court should dismiss Mr. Segev's breach of contract and breach of the implied covenant of good faith and fair dealing claims under Rule 12(b)(6) because Mr. Segev fails to plead a breach of any contract or implied promise.

      3.      The Court should dismiss Mr. Segev's 42 U.S.C. § 1983 claim because he does not allege any state action and because, even if state action had been adequately alleged, he has not alleged any relevant conduct by the individual defendants and all defendants are entitled to immunity.

      4.      The Court should dismiss Mr. Segev's state and federal conspiracy claims because they do not meet the requirements of such claims, including that they do not adequately allege that two or more independent people acted with a shared purpose.

      5.      In support of this Motion, Defendants submit the accompanying Memorandum of Law and the Declaration of Felicia H. Ellsworth.

      WHEREFORE, Defendants respectfully request that the Court dismiss this action in its entirety.

## **REQUEST FOR ORAL ARGUMENT**

      Pursuant to Local Rule 7.1(d), Defendants respectfully request oral argument of this Motion.

DATED:  October 27, 2025

                           Respectfully Submitted,

*/s/ Felicia H. Ellsworth*
Felicia H. Ellsworth, BBO #665232
Jacob Tuttle Newman, BBO #712110
WILMER CUTLER PICKERING
  HALE AND DORR LLP
60 State Street
Boston, MA 02109
Tel:  (617) 526-6000
Fax: (617) 526-5000
Felicia.Ellsworth@wilmerhale.com
Jacob.TuttleNewman@wilmerhale.com

*Counsel for President and Fellows of Harvard College, Meredith Weenick, Victor A. Clay, and Harvard University Police Department*

Mark A. Kirsch (*pro hac vice*)
Gina Merrill (*pro hac vice*)
KING & SPALDING LLP
1290 Avenue of the Americas
14th Floor
New York, NY 10104
Tel: (212) 790-5329
Fax: (212) 556-2222
mkirsch@kslaw.com
gmerrill@kslaw.com

*Counsel for President and Fellows of Harvard College*

**LOCAL RULE 7.1 CERTIFICATION**

The undersigned hereby certifies that on October 27, 2025, counsel for Defendants conferred with Plaintiff's counsel in a good faith attempt to resolve or narrow the issues involved in this motion, and that the parties did not reach an agreement.

*/s/ Felicia H. Ellsworth*
Felicia H. Ellsworth

**CERTIFICATE OF SERVICE**

I hereby certify that on October 27, 2025, I caused this document to be filed through the CM/ECF system, where it will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

*/s/ Felicia H. Ellsworth*
Felicia H. Ellsworth