# EXHIBIT C

COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, ss.

BOSTON MUNICIPAL COURT
BRIGHTON DIVISION
DKT.   2408 CR 0355
          2408 CR 0356

COMMONWEALTH

v.

IBRAHIM BHARMAL & ELOM TETTEY-TAMALKO

FINDINGS

The Court finds that there was insufficient evidence presented at the hearing of any recognizable constitutional right or statutory right that was interfered with.

The Court further finds that there was insufficient evidence of any willful (particular purpose) to interfere with any recognized constitutional or statutory right.

Therefore, no probable cause for a Chapter 265, sec. 37 Civil Rights Violation.

Stephen W. McClenon
Associate Justice of BMCD

February 24, 2025