# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS


**Yoav Segev**
          Plaintiff

                                             CIVIL ACTION

          V.
                                             NO.  **1:25-cv-12020-RGS**



**President and Fellows of Harvard College et al**
          Defendants



## ORDER OF DISMISSAL


Stearns, D. J.


        In accordance with the Court's Order entered December 4, 2025 [Doc. No. 35] it is hereby ORDERED that the above-entitled action be and hereby is DISMISSED.



                                   By the Court,


12/5/2025                                    /s/ Jacqueline Martin
Date                                         Deputy Clerk