# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

```
-------------------------------------------------------  X
YOAV SEGEV,                                              :
                                                         :
                                                         :
                                                         :
            Plaintiff,                                   :
    v.                                                   :
                                                         :
                                                         :
PRESIDENT AND FELLOWS OF                                 :
HARVARD COLLEGE; MEREDITH                                :  Case No. 1:25-cv-12020-RGS
WEENICK; VICTOR A. CLAY; and                             :
HARVARD UNIVERSITY POLICE                                :
DEPARTMENT,                                              :
                                                         :
                                                         :
                                                         :
            Defendants.                                  :
-------------------------------------------------------  X
```

## NOTICE OF APPEAL

     PLEASE TAKE NOTICE that Plaintiff, Yoav Segev, hereby appeals to the United States Court of Appeals for the First Circuit from this Court's Order granting Defendants' motion to dismiss entered December 4, 2025 (ECF No. 35) and accompanying Order of Dismissal entered on December 5, 2025 (ECF No. 36).

Dated: January 2, 2026                                Respectfully submitted,

<div style="margin-left:2em;">

<u>/s/ Mark I. Pinkert</u>
Mark I. Pinkert*
HOLTZMAN VOGEL BARAN TORCHINSKY &
JOSEFIAK PLLC
119 S. Monroe Street
Suite 500
Tallahassee, FL 32301
mpinkert@holtzmanvogel.com

<u>/s/ Douglas S. Brooks</u>
Douglas S. Brooks, BBO #636697
LIBBY HOOPES BROOKS MULVEY, P.C.
260 Franklin Street
Boston, MA 02110
(617) 338 9300
dbrooks@lhbmlegal.com

Jason B. Torchinsky*
John J. Cycon*
Jared Bauman*
HOLTZMAN VOGEL BARAN TORCHINSKY &
JOSEFIAK PLLC
2300 N Street NW
Suite 643
Washington, DC 20037
(202) 737-8808
jtorchinsky@holtzmanvogel.com
jcycon@holtzmanvogel.com
jbauman@holtzmanvogel.com

Jonathan Lienhard*
HOLTZMAN VOGEL BARAN TORCHINSKY &
JOSEFIAK PLLC
15405 John Marshall Hwy
Haymarket, VA 20169
jlienhard@holtzmanvogel.com

*Counsel for Plaintiff Yoav Segev*
*\*pro hac vice*

</div>

## **CERTIFICATE OF SERVICE**

I hereby certify that, on January 2, 2026, I caused this document to be filed through the CM/ECF system, where it will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

/s/ *Mark I. Pinkert*
Mark I. Pinkert