# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

## CLERK'S CERTIFICATE AND APPEALS COVER SHEET

## ABBREVIATED ELECTRONIC RECORD

Case Caption: Segev v. President and Fellows of Harvard College et al

District Court Number: 1:25-cv-12020-RGS

Fee: Paid? Yes _X_  No ____   Government filer ____   *In Forma Pauperis* Yes ____  No _X_

Motions Pending    Yes ____ No _X_    Sealed documents    Yes ____ No _X_
If yes, document # _____   If yes, document # _____

*Ex parte* documents   Yes ____ No _X_    Transcripts    Yes ____ No _X_
If yes, document # _____   If yes, document # _____

Notice of Appeal filed by: Plaintiff/Petitioner _X_   Defendant/Respondent ____   Other: ____

Appeal from:

35 Order on Motion to Dismiss

Other information:

I, Robert M. Farrell, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed electronic documents:

#35 and #37

with the electronic docket sheet, constitute the abbreviated record on appeal in the above entitled case for the Notice of Appeal # 37 filed on 1/2/2026.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on 1/5/2025.

**ROBERT M. FARRELL**
Clerk of Court

Jacqueline Martin
Deputy Clerk

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

**PLEASE RETURN TO THE USDC CLERK'S OFFICE**